# EXHIBIT A

# EXHIBIT B

# EXHIBIT C

# EXHIBIT D

# EXHIBIT E

# EXHIBIT F

# EXHIBIT G

# EXHIBIT H

# EXHIBIT I

# EXHIBIT I-1

# EXHIBIT I-2

# EXHIBIT I-3

# EXHIBIT I-4

# EXHIBIT I-5

# EXHIBIT I-6

# EXHIBIT J

# EXHIBIT K

# EXHIBIT K-1

# EXHIBIT K-2

# EXHIBIT K-3

# EXHIBIT K-4

# EXHIBIT K-5

# EXHIBIT K-6

# EXHIBIT K-7

# EXHIBIT K-8

# EXHIBIT K-9

# EXHIBIT K-10

# EXHIBIT L

# EXHIBIT L-1

EXHIBIT L-2

EXHIBIT L-3

# EXHIBIT L-4

EXHIBIT L-5

# EXHIBIT L-6

# EXHIBIT L-7

# EXHIBIT L-8

# EXHIBIT L-9