

**CARMAGNOLA & RITARDI, LLC**
ATTORNEYS AT LAW

**DOMENICK CARMAGNOLA**
Certified Civil Trial Attorney
dcarmagnola@cr-law.net

60 WASHINGTON STREET, MORRISTOWN, NJ 07960
T. 973.267.4445  F. 973.267.4456
www.cr-law.net

October 11, 2019

**Via ECF**
Hon. Ann Marie Donio, U.S.M.J.
U.S. District Court, District of New Jersey
Mitchell H. Cohen U.S. Courthouse - Room 2010
1 John F. Gerry Plaza, 4th & Cooper Streets
Camden, New Jersey 08101

      **Re:**    **La Mecia Ross-Tiggett v. Reed Smith LLP, et al.**
              **Case No. 1:15-cv-08083-JBS-AMD**

Dear Judge Donio:

      This firm is counsel to Defendants, Reed Smith LLP and Christine Phillips Gonzales, in the above matter. We write regarding Judge Bumb's September 26, 2019 Order scheduling an in-person status conference with Your Honor on October 16, 2019 at 11:00 a.m.

      Due to scheduling issues, we respectfully request that Your Honor convert the conference from an in-person conference to a telephone conference. If so, we can arrange a conference number for all parties and the court to use for purposes of the call.

      If Your Honor wishes to proceed with an in person conference, we respectfully request a short adjournment of the October 16, 2019 date to permit counsel to schedule accordingly.

      We thank Your Honor for your consideration in this regard.

                                   Respectfully submitted,

                                   CARMAGNOLA & RITARDI, LLC

                                   /s/ Domenick Carmagnola
                                 DOMENICK CARMAGNOLA
                                 A Member of the Firm

cc:      La Mecia Ross-Tiggett, Plaintiff *Pro Se*, via Overnight and Electronic E-mail
           Sean P. Joyce, Esq.