IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| LA MECIA ROSS-TIGGETT,<br><br>        Plaintiff,<br><br>  v.<br><br>REED SMITH, LLP, et al.,<br><br>        Defendants. | Civil No. 15-8083 (RMB/AMD) |

**ORDER**

      This matter comes before the Court by way of an in-person status conference held on October 16, 2019, with appearances as set forth on the record; and Plaintiff having requested a limited stay of proceedings; and for the reasons set forth on the record, and for good cause shown:

      IT IS on this **17th** day of **October 2019**,

      **ORDERED** that Plaintiff's request to stay the case shall be, and is hereby, **DENIED WITHOUT PREJUDICE**.

                                    s/ Ann Marie Donio
                                    ANN MARIE DONIO
                                    UNITED STATES MAGISTRATE JUDGE

cc: Hon. Renée Marie Bumb