# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

La Mecia Ross-Tiggett

V.

Reed Smith, LLP, et al

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES
ON THE APPEAL

Case Number: 15cv8083(RMB)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and the appeal may be filed without prepayment of fees;

☐ DENIED under 28 U.S.C.§ 1915 ( c ), appeal not taken in good faith

or

☑ DENIED *without prejudice* for the following reason(s):

Plaintiff's application demonstrates an ability to pay the fee. Plaintiff shall pay the fee within 30 days, or she may seek reconsideration, explaining the monthly income of $3,900.00 and her inability to pay.

ENTER this 28th day of October, 2019 at Camden, NJ

Signature of Judicial Officer

Renee Marie Bumb, U.S.D.J.

Name and Title of Judicial Officer