UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

| | |
|---|---|
| **CAMDEN OFFICE** | **DATE OF PROCEEDINGS** |
| **CHIEF JUDGE RENÉE MARIE BUMB** | April 26, 2023 |
| **COURT REPORTER: JOHN J. KURZ** | |
| | **Docket #** 15-cv-08083(RMB/AMD) |

**TITLE OF CASE:**

ROSS-TIGGETT VS. REED SMITH, LLP, ET AL

**APPEARANCES:**

La Mecia Ross-Tiggett, Pro-Se for plaintiff
Sean Joyce, Esquire for defendants

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

Status Conference held.
Ordered a hearing set for 5/31/23 at 10:00a.m. and plaintiff shall submit all materials to defense counsel by 5/8/23 at 5:00pm.

Time commenced: 10:20a.m.                Time Adjourned: 10:45a.m.

                                         Total 25 Minutes

                                         s/ *Arthur Roney*
                                         DEPUTY CLERK