La Mecia Ross
Plaintiff, Pro Se
25103 Osprey Way
Princeton Junction, NJ 08550

September 18, 2023

**VIA HAND DELIVERY**
Hon. Renee Marie Bumb, U.S.D.J
U.S. District Court, District of New Jersey
Camden Vicinage
Mitchell H. Cohen U.S. Courthouse – Room 4A
1 John F. Gerry Plaza, 4th & Cooper Streets
Camden, New Jersey 08101

Hon. Ann Marie Donio, U.S.M.J
U.S. District Court, District of New Jersey
Camden Vicinage
Mitchell H. Cohen U.S. Courthouse – 3B
1 John F. Gerry Plaza, 4th & Cooper Streets
Camden, New Jersey 08101

   Re: **La Mecia Ross-Tiggett v. Reed Smith, LLP, et al.**
     **Civil Action No. 1:15-cv-08083-RMB-AMD**

My name is La Mecia Ross (f/k/a La Mecia Ross-Tiggett). I am the Pro Se Plaintiff in the above action. On September 6, 2023, Defendants requested and was granted an extension to file their summary judgment motion. Currently, Plaintiff's opposition papers are due on October 17, 2023.

Plaintiff is currently scheduled for two medical procedures and corresponding follow up visits that begin on October 6, 2023, and do not end until October 20, 2023. Therefore, Plaintiff respectfully requests an extension to file her opposition papers until October 31, 2023, to ensure that there are no complications with the previously scheduled procedures.

Respectfully submitted,

La Mecia Ross, Esq.

Cc: Domenic Carmagnola, Esq. (via ECF and facsimile)

SO ORDERED this 20th day of September 20 23

_____
**United States District Judge**